IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WILLIAM HAAS, | No. 4:19-CV-02152 |
| Plaintiff, | (Chief Judge Brann) |
| v. | |
| MERRICK GARLAND, ATTORNEY GENERAL, *et al.*, | |
| Defendants. | |

## ORDER

### MARCH 24, 2022

In accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1. The Defendants' Motion for Summary Judgment (Doc. 16) is **GRANTED**;

2. Final Judgment is entered in favor of the Defendants and against Plaintiff William Haas; and

3. The Clerk of Court is directed to **CLOSE** this case.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge